IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AMANDA MARSH,

        Appellant,

                                    Case No.  5D21-2992
  v.                            LT Case No. 05-2020-CF-026585-A

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed May 17, 2022

Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Matthew J. Metz, Public Defender, and
Susan A. Fagan, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Bonnie Jean Parrish, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EDWARDS, SASSO and TRAVER, JJ., concur.